# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS



Gerald C. Mann
Attorney General

January 23rd, 1939

Hon. Clint A. Barnham
County Attorney
Stephenville, Texas

Opinion No. 0-98
Re:  County Treasurer's salary
as provided by Article 3943.

Dear Mr. Barnham:

Your request for an opinion on the following question
has been received by this office:

"Whether the Commissioners' Court owes the County
Treasurer back salary for the difference between a
salary fixed by the Commissioners' Court and the maxi-
mum provided by Article 3943?"

Article 3943, Revised Civil Statutes of Texas provides generally
that the commissions allowed to any county treasurer shall not
exceed $2,000.00 annually.

The Supreme Court of Texas held in the case, Throck-
merton County et al vs. Thompson, County Treasurer, et al, 115
S.W. (2d) 1102, "The Commissioners' Court had authority under
statute to adopt order fixing amount of compensation to be paid
to the county treasurer for years mentioned in orders and to
provide that compensation should vary from year to year and
that sum designated should be paid until otherwise ordered by
Court', citing Articles 2351, 3941 and 3943, Revised Civil
Statutes.

The case of Kaufman County vs. Gaston, 273 S.W. 894,
holds that the -

"Commissioners' Court may fix county treasurer's
compensation at any rate not exceeding statutory rate,
and reduce maximum sum to be paid to less than statu-
tory sum."

In view of the foregoing authorities it is the opinion
of the writer, and you are respectfully advised that Article
3912(e) does not require the Commissioners' Court to set the
salary of the county treasurer at the maximum, but may fix the

compensation of the county treasurer at any rate not exceeding the statutory rate and may reduce maximum sum to be paid to less than statutory sum, and that the county does not owe the treasurer the difference between the salary fixed by the Commissioners' Court and maximum provided by Article 3943.

Trusting that the foregoing answers your inquiry, I remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed) ARDELL WILLIAMS
Assistant

AW:CMB

APPROVED

s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS